# *United States District Court*
## Northern District of New York
## JUDGMENT IN A CIVIL CASE

BRENDA F. PARDEE,

            V.            CASE NUMBER: 3:05-CV-1595 (NAM/DEP)

COMMISSIONER OF SOCIAL
SECURITY

[ ]    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has been rendered its verdict.

[X]    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that the Commissioner's determination of no disability is AFFIRMED, and complaint is DISMISSED pursuant to the Memorandum-Decision and Order of the Honorable Norman A. Mordue on July 7, 2009.

July 8, 2009                                LAWRENCE K. BAERMAN

DATE                                                    CLERK OF COURT

                                                               s/

                                                              DONNA M. FRANCISCO
                                                              DEPUTY CLERK